UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIN LI QU (A/K/A MICHELLE NG) AS SURVIVING SPOUSE OF HIU LUI NG (A/K/A JASON NG) INDIVIDUALLY AND AS GUARDIAN AND NEXT-OF-FRIEND OF THEIR MINOR CHILDREN AND THE BENEFICIARIES OF THE ESTATE OF HIU LUI NG, RAYMOND NG, AND JOHNNY NG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL FALLS DETENTION FACILITY CORP., et al.,<br><br>　　　　Defendants. | CA-09-0053-S-DLM |

**JOINT MOTION SEEKING DISMISSAL OF
THE UNITED STATES AND ITS EMPLOYEES**

Pursuant to Fed. R. Civ. P. 41(2), the Plaintiff and the United States and its employees, including but not limited to the previously dismissed defendants: L. Smith, A. Beaumont, B. Lanzieri, W. Rodriguez, N. Mesereau, D. Hamilton and C. Manns, ("the United States and its employees") seek an order from this Court dismissing, with prejudice, the above-captioned matter against the United States and its named employees. The matter has been resolved to

1

satisfaction of the parties.  No costs shall be assessed.


                                      Respectfully Submitted,

                                      By their attorneys,

FOR THE PLAINTIFF                       CARMEN M. ORITZ
                                                United States Attorney,


*/s/ Robert J. McConnell by rc*          By:    */s/ Rosemary Connolly*
Robert J. McConnell                          Rosemary Connolly
Motley Rice LLC                               Zachary Cunha
321 South Main Street, 2nd Floor         Assistant United States Attorneys
Providence, RI  02903                    United States Attorney's Office
(401) 475-7700                                 1 Courthouse Way, Suite 9200
bmcconnell@motleyrice.com            Boston, MA 02210
                                                (617) 748-3100
                                                Email: rosemary.connolly@usdoj.gov